name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ. (Filed May 3, 2011.)

■ In the Matter of Susan K. Jones, an Attorney, Resignor. [924 NYS2d 914]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ. (Filed May 10, 2011.)

■ The People of the State of New York, Respondent, v Anthony Linnen, Appellant. [924 NYS2d 915]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Carni, Lindley and Gorski, JJ.

■ The People of the State of New York, Respondent, v Damion Smith, Appellant. (Appeal No. 1.) [924 NYS2d 915]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni, Lindley and Green, JJ.

■ The People of the State of New York, Respondent, v Damion Smith, Appellant. (Appeal No. 2.) [924 NYS2d 915]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni, Lindley and Green, JJ.

■ The People of the State of New York, Respondent, v Yancy Wearen, Appellant. [924 NYS2d 915]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Carni, Peradotto and Gorski, JJ.

■ The People of the State of New York, Respondent, v William M. Nichols, Appellant. [924 NYS2d 915]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Gorski and Martoche, JJ.

■ The People of the State of New York, Respondent, v Shawn E. Akin, Appellant. [924 NYS2d 914]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Fahey, Lindley and Green, JJ.

■ The People of the State of New York, Respondent, v Steven T. Carlisle, Appellant. (Appeal No. 1.) [924 NYS2d 915]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Green, JJ.

■ The People of the State of New York, Respondent, v Damian Johnson, Appellant. [925 NYS2d 365]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Green, Gorski and Martoche, JJ.

■ The People of the State of New York, Respondent, v Jarvis Lassalle, Appellant. [925 NYS2d 365]—Motion for writ of